Nishan SINGH, Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 15–1943.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 27, 2016.

Decided: Feb. 12, 2016.

Nishan Singh, Petitioner Pro Se. Linda
Y. Cheng, Sheri Robyn Glaser, United
States Department of Justice, Washington,
D.C., for Respondent.

Before GREGORY and FLOYD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Nishan Singh, a native and citizen of
India, petitions for review of an order of
the Board of Immigration Appeals dismiss-
ing his appeal from the immigration
judge's denial of Singh's requests for asy-
lum, withholding of removal, and protec-
tion under the Convention Against Tor-
ture.

We have reviewed the record, including
the transcript of Singh's merits hearing,
the applications for relief, and all support-
ing evidence. We conclude that the record
evidence does not compel a ruling contrary
to any of the administrative factual find-
ings, see 8 U.S.C. § 1252(b)(4)(B) (2012),
and that substantial evidence supports the
Board's decision. See INS v. Elias–Zaca-
rias, 502 U.S. 478, 481, 112 S.Ct. 812, 117
L.Ed.2d 38 (1992). Particularly, as rele-
vant to Singh's applications for asylum and
withholding of removal, we find that sub-
stantial evidence supports the Board's af-
firmance of the immigration judge's con-
clusion that Singh's membership in either
of the proposed social groups was not "one
central reason" for the past harm he sus-
tained or the future harm he feared. See
Hui Pan v. Holder, 737 F.3d 921, 926 (4th
Cir.2013) (noting that this court reviews
factual findings for "substantial evidence");
Crespin–Valladares v. Holder, 632 F.3d
117, 127–28 (4th Cir.2011) (explaining that
a persecutor's motive is "a classic factual
question" that the Board reviews for clear
error).

Accordingly, we deny the petition for
review for the reasons stated by the
Board. See In re: Singh (B.I.A. July 21,
2015). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

PETITION DENIED.